The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID KAPLAN,<br><br>  Plaintiff,<br><br>v.<br><br>GRIDPOINT, INC.,<br><br>  Defendant. | Case No.: C09-0468 JLR<br><br>NOTICE OF FILING OF KAREN WIRZ DEPOSITION DESIGNATIONS |

In accordance with CR 32(e), plaintiff hereby files the parties' deposition designations of the Deposition of Karen Wirz. Plaintiff's designations and objections are in yellow. Defendant's designations and objections are in green. The objections are recorded electronically.

RESPECTFULLY SUBMITTED this 19th day of April 2010

FRANK FREED SUBIT & THOMAS LLP

/s/Michael C. Subit
MICHAEL C. SUBIT, WSBA #29189
Attorneys for Plaintiff David Kaplan

NOTICE OF FILING OF KAREN WIRZ
DEPOSITION DESIGNATIONS
C09-0468 JLR
Page 1 of 2

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jeffrey B. Youmans
> Courtney E. Mertes
> Davis Wright Tremaine
> 1201 Third Avenue, Suite 2200
> Seattle, WA 98101-3045
> Telephone: 206.622.3150
> Facsimile: 206.757.7700
> Email: jeffreyyoumans@dwt.com
> Email: courtneymertes@dwt.com
>
> Karla Grossenbacher
> Raymond C. Baldwin
> 975 F. Street NW
> Washington, DC 20004
> Telephone: 202.463.2400
> Facsimile: 202.828.5393
> Email: kgrossenbacher@seyfarth.com
> Email: rbaldwin@seyfarth.com

Dated: April 19, 2010    /s/Susan Zimmerman
                         Susan Zimmerman

NOTICE OF FILING OF KAREN WIRZ
DEPOSITION DESIGNATIONS
C09-0468 JLR
Page 2 of 2

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711