UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID KAPLAN,

        Plaintiff,

   v.

GRIDPOINT, INC.,

        Defendant).

Case No. C09-468JLR

TAXATION OF COSTS

    Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF DAVID KAPLAN , and on behalf of DEFENDANT GRIDPOINT, INC. in the amount of $13,486.53 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  DEPOSITION COSTS | $7,229.75 | $184.25 | $7,045.50 |

Clerk allowed as taxable costs those expenses incurred for depositions of individuals that actually testified at trial or whose deposition was used in lieu of live testimony. Lynn Ridenour did not testify and deposition was not introduced at trial.

| | | | |
|---|---|---|---|
| II. COPY COSTS | $9,844.73 | $9,574.68 | $270.05 |

Cost for retaining services of Equivalent Data is not taxable.

| | | | |
|---|---|---|---|
| III. WITNESS COSTS | $6,170.98 | 0 | $6,170.98 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. DAILY TRANSCRIPTS | $1,143.75 | $1,143.75 | 0 |

Absent specific court authorization the costs for obtaining daily transcripts are not taxable.

Dated this ___29th___ day of JULY, 2010 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2